**DISMISS and Opinion Filed March 7, 2023**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00996-CV

**FRANK MORDENTE, INDIVIDUALLY AND AS TRUSTEE OF THE MORDENTE 2017 TRUST, Appellants**
**V.**
**YEVGENY MARCHENKO, VALERI LIUKIN, AND HIDDEN VISTA PROPERTIES, INC., Appellees**

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-01896-2022**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Miskel
Opinion by Justice Pedersen, III

After reviewing the clerk's record, the Court questioned its jurisdiction over this appeal because there did not appear to be a final judgment or appealable interlocutory order. At the Court's direction, appellant filed a letter brief.

Generally, this Court has jurisdiction over final judgments and certain interlocutory orders as permitted by statute. *See Lehmann v. Har–Con Corp.,* 39 S.W.3d 191, 195 (Tex. 2001); *see also* TEX. CIV. PRAC. & REM. CODE ANN. §

51.014(a) (listing appealable interlocutory orders). A final judgment is one that disposes of all parties and claims. *See Lehmann,* 39 S.W.3d at 195.

Appellees filed suit against appellants, Frank Mordente, Individually and as Trustee of the 2017 Mordente Trust, and Kade Properties, LLC[1]. Frank Mordente filed a pro se answer on both his behalf and that of the Trust. Appellees moved to strike the Trust's answer because non-attorney Mordente lacked authority to file an answer on behalf of the Trust. *See Kunstoplast of Am., Inc. v. Formosa Plastics Corp, USA*, 937 S.W.2d 455, 456 (Tex. 1996) (per curiam) (corporation can appear in court only through licensed attorneys). Appellant appeals from the trial court's August 31, 2022 order granting appellees' motion and striking the Trust's answer.

The appealed order is not a final judgment because it does not dispose of appellees' claims against Frank Mordente and Kade Propberties. *See Lehmann,* 39 S.W.3d at 195. Although appellant filed a letter brief, nothing therein demonstrates this Court's jurisdiction over this appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE

220996F.P05

---

[1] Kade Properties, LLC is not a party to this appeal.

–2–



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

FRANK MORDENTE,
INDIVIDUALLY AND AS
TRUSTEE OF THE MORDENTE
2017 TRUST, Appellants

No. 05-22-00996-CV      V.

YEVGENY MARCHENKO,
VALERI LIUKIN, AND HIDDEN
VISTA PROPERTIES, INC.,
Appellees

On Appeal from the 471st Judicial
District Court, Collin County, Texas
Trial Court Cause No. 471-01896-
2022.
Opinion delivered by Justice
Pedersen, III. Justices Molberg and
Miskel participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees YEVGENY MARCHENKO, VALERI LIUKIN, AND HIDDEN VISTA PROPERTIES, INC. recover their costs of this appeal from appellants FRANK MORDENTE AND THE 2017 MORDENTE TRUST.

Judgment entered March 7, 2023